**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

SAMUEL BELTON,

        Plaintiff,

vs.

JAMES COX, *et al.*,

        Defendants.

2:17-cv-03125-RFB-VCF

**ORDER**

Before the Court is Plaintiff's Motion for Appointment of Counsel (ECF NO. 22).

Plaintiff is seeking for appointment of counsel because he is unable to afford counsel. Proceeding *in forma pauperis* in this case does not grant Plaintiff the right for appointment of counsel. Plaintiff's motion is DENIED. However, given that Plaintiff has stated a potential medical need, the court is referring this case to the Pro Bono Program ("Program") adopted in General Order 2019-07 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for Plaintiff Samuel Belton. The scope of appointment will be for all purposes through the conclusion of trial. By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Appointment of Counsel (ECF NO. 22) is DENIED.

IT IS FURTHER ORDERED that this case is referred to the Pro Bono Program to identify an attorney willing to represent Plaintiff on a pro bono basis.

1 IT IS FURTHER ORDERED that the Clerk forwards this order to the Pro Bono Liaison.

2 DATED this 10th day of February, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE