1  AARON D. FORD
     Attorney General
2  KATLYN M. BRADY (Bar No. 14173)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-0661 (phone)
   (702) 486-3773 (fax)
6  Email: katlynbrady@ag.nv.gov

7  *Attorneys for Defendants Guy Brown,*
   *Tito Buencamino, Marie Cervas, James Cox,*
8  *James Dzurenda, and Jerry Howell*

9

10

11

12              **UNITED STATES DISTRICT COURT**

13                   **DISTRICT OF NEVADA**

14  SAMUEL BELTON,                          Case No. 2:17-cv-03125-RFB-VCF

15              Plaintiff,

16   v.                                     **STIPULATION TO WITHDRAW
                                            DEFENDANTS' MOTION FOR
17  JAMES COX, *et al.*,                    SUMMARY JUDGMENT (ECF NO. 29)**

18              Defendants.

19

20        Plaintiff Samuel Belton, by and through counsel, Michael Hua, Esq., and Defendants

21  Guy Brown, Tito Buencamino, Marie Cervas, James Cox, James Dzurenda, and Jerry

22  Howell ("the NDOC Defendants"), by and through counsel, Aaron D. Ford, Nevada Attorney

23  General, and Katlyn M. Brady, Deputy Attorney General, agree and stipulate to the

24  following:

25        On February 10, 2020, this Court referred this matter for the appointment of pro

26  bono counsel. ECF No. 27.

27  ///

28  ///

1    On April 8, 2020, Defendants filed a motion for summary judgment. ECF No. 29. To

2  date, no opposition has been filed and this Court has yet to issue an order regarding

3  Defendants' motion.

4    On October 6, 2020, Michael Hua entered an appearance as pro bono counsel for

5  Samuel Belton. ECF No. 34.

6    The parties have agreed that it may be necessary to amend the Complaint and

7  reopen discovery in this matter. The parties have additionally agreed that Defendants may

8  refile the motion for summary judgment following the close of discovery. Accordingly, the

9  parties stipulate and agree that Defendants may withdraw their Motion for Summary

10  Judgment (ECF No. 29) and may file a dispositive motion at a later date.[1]

11  DATED this 21st day of October, 2020.          DATED this 21st day of October, 2020.

12                                                 AARON D. FORD
                                                   Attorney General
13

14  By: /s/ Michael Hua                            By: /s/ Katlyn M. Brady
    MICHAEL HUA, ESQ.                              KATLYN M. BRADY, ESQ.
15  Nevada Bar No. 14547                           Nevada Bar No. 14173
    500 S. 8th Street                              555 E. Washington Avenue, Ste. 3900
16  Las Vegas, Nevada  89101                       Las Vegas, Nevada  89101
    *Attorneys for Plaintiff*                      *Attorneys for the NDOC Defendants*
17

18

19                                 **ORDER**

20    For good cause appearing, it is **SO ORDERED** that Defendants' motion for

21  summary judgment (ECF No. 29) is withdrawn. Defendants may refile this motion at a

22  later time.

23

24                                    _____
                                      RICHARD F. BOULWARE, II
25                                    UNITED STATES DISTRICT JUDGE

26                                    DATED this  21st day of October, 2020.

27

28
    _____
          [1] The parties intend to submit a stipulation and order reopening discovery shortly.