# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAMUEL BELTON,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES COX, *et al.*,<br><br>        Defendants. | Case No. 2:17-cv-03125-RFB-VCF<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE/ TELECONFERENCE APPEARANCE SAMUEL BELTON, #1037017** |

TO:    TIM GARRETT, WARDEN, LOVELOCK CORRECTIONAL CENTER, LOVELOCK, NV

**THE COURT HEREBY FINDS** that **SAMUEL BELTON, #1037017**, is presently in custody of the Nevada Department of Corrections, located at Lovelock Correctional Center, Lovelock, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Northern Nevada Correctional Center, or his designee, shall arrange for and produce **SAMUEL BELTON, #1037017**, on or about June 30, 2022, at the hour of 1:00 p.m., for a videoconference hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until S**AMUEL BELTON, #1037017**, is released and discharged by the said Court; and that S**AMUEL BELTON, #1037017,** shall thereafter be returned to the custody of the Warden, Lovelock Correctional Center, Lovelock, NV, under safe and secure conduct.

DATED this 14th day of June, 2022.

_____
RUCHARD F. BOULWARE, II
United States District Judge